In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00039-CV

                                                ______________________________

 

 

                                    CARLOS A. ARMENTA,
Appellant

 

                                                                V.

 

                                           TDCJ–ID, ET AL., Appellee

 

 

                                                                                                  


 

                                                                      

                                      On Appeal from the 202nd
Judicial District Court

                                                             Bowie County, Texas

                                                      Trial Court No. 09C1296-202

 

                                                   
                                               

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            This
is an appeal by Carlos A. Armenta from the trial court’s order dismissing his
cause of action against defendants the Texas Department of Criminal
Justice–Institutional Division, et al. 


            The
order entered in this appeal, however, states that “Plaintiff’s §1983 claim of
deliberate indifference against Defendant Ayers is NOT DISMISSED.” 

            The
general rule is that a final and appealable judgment must determine the entire
controversy, disposing of all the parties and issues in a case.  Schlipf
v. Exxon Corp., 644 S.W.2d 453, 454 (Tex. 1982); N. E. Indep. Sch. Dist. v. Aldridge, 400 S.W.2d 893, 895 (Tex.
1966); Wagner v. Warnasch, 156 Tex.
334, 295 S.W.2d 890, 892 (1956).

            Because
the trial court’s order dismissing this suit did not dispose of all defendants,
it is not final, and this is an interlocutory appeal from a nonappealable
judgment.  Accordingly, we dismiss
Armenta’s appeal for want of jurisdiction.

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          May 18, 2010

Date Decided:             May 19, 2010